# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

**STEPHEN CHRISTOPHER WRIGHT,**

            **Plaintiff,**

v.

**Kim Grisham,**

            **Defendant.**

Case No.

FILED (DROP BOX)
MAY 03 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY _____ DEPUTY

## Plaintiff's Complaint

Comes now the Plaintiff pursuant for relief from damages arising as a result from deprivation of rights pursuant 42 U.S.C. § 1983.

### I. Parties

1. The Plaintiff is Stephen Wright, a citizen of Clallam County Washington.
2. The Defendant is Kim Grisham, a resident of Hot Springs Arkansas.

### II. Venue and Jurisdiction

1. Venue is proper pursuant to 28 U.S. Code § 1391 (b)(2).
2. Jurisdiction is proper pursuant to 42 U.S.C. § 1983.

### III. History

1. The Defendant falsely entered into the Arkansas Office of Child Support system information regarding a non-existent court order for Plaintiff to pay monies from which supposedly originated from Garland County Arkansas, to pay Arkansas, for the benefit of Melissa Oaks, aka "Mellisa Oaks". The case named FD-2014-51 was referenced but is in fact a dismissed case from Oklahoma with Mellisa Oaks.

2. The Plaintiffs monies were withheld as a result of this error.
3. The Defendant continues to utilize dismissed and misrepresented court orders to continue to place an offset against the Plaintiff through the IRS.
4. The Plaintiff has had monies taken without any right to dispute.
5. The Defendant deprived the Plaintiff of his right to substantive due process that is protected by the Fourteenth Amendment to the United States Constitution by interfering with the due process laid out in obtaining a judgement against Plaintiff.

### IV. Relief

WHEREFORE the plaintiff prays the court will
1. Fine the Defendant $25,000.
2. Order the return of the Plaintiff's $600.
3. Order the Defendant to remove IRS offset.
4. Order the Defendant to close the Plaintiff's case.
5. Order a restraining order preventing the Plaintiff from further entering applicant "Melissa Oaks" as "Mellisa Oaks" into Arkansas systems.

_____  Dated: 4/18/2021
Stephen Wright
1161 Bogachiel Way,
Forks, WA, 98331.

4/21/2019 — Welcome to Arkansas OCSE MyCase Website

OCSE MyCase Website

Welcome stephencwright

My Home | Feedback | FAQs | Glossary

**My Home** | Case Dashboard | **Case Summary**

- My Home
- My Personal
- My Payments
- My Case(s)
  - 367533618
    Other Party: MELLISA OAKS
    - Inbox
    - Case Summary
    - Appointments
    - Forms and Notices

**Case ID:** 367533618   **CP:** MELLISA OAKS   **NCP:** STEPHEN WRIGHT   **Case Status:** Open   **Child(ren):** K███ AND B███

**Case Information**   Close

**Case Summary**

The recent events are highlights of actions taken on your case. There may be other events not shown that have occurred on your case.

Any past due child support or judgment amounts are calculated on the last business day of the previous month and based on your most recent court order on record.

Your case is currently open and your support order is being enforced. OCSE has your address on file. Information can be mailed to your local office, HOT SPRINGS OCSE, at 2228 ALBERT PIKE RD STE H, HOT SPRINGS, AR, 71913-4089, or faxed to (501) 321-1581. For questions, you can call (501) 321-1561.

**Recent Events on My Case**

On 07/18/2018, this case was opened.

On 10/28/2018, information for the noncustodial parent of this case was submitted for the Passport Denial Program.

On 04/14/2019, information for the noncustodial parent of this case was submitted for the Federal Tax Refund Offset Program. However, the state reserves the right to retain any intercepted amount for any debt owed to the State.

**Support Order Details**

| County Name | Docket NO | Start Date |
| --- | --- | --- |
| GARLAND COUNTY COURTHOUSE | | 2/1/2014 |

**Financial Details**

| Type | Category | Frequency | Amount | Past Due Amount |
| --- | --- | --- | --- | --- |
| CHILD SUPPORT | JUDGMENT | MONTHLY | $50.00 | $8,916.60 |
| CHILD SUPPORT | SUPPORT | MONTHLY | $337.22 | $10,791.04 |

Accessibility | Privacy Policy

© 2010 State of Arkansas. All Rights Reserved.