1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    STEPHEN CHRISTOPHER WRIGHT,

11                    Plaintiff,                          CASE NO. 3:21-cv-05327-RSM

12         v.                                             ORDER GRANTING
                                                          APPLICATION TO PROCEED IN
13    KIM GRISHAM,                                        FORMA PAUPERIS

14                    Defendant.

15

16         The Court, having reviewed plaintiff's motion to proceed *in forma pauperis*, does hereby

17    find and ORDER:  plaintiff's declaration indicates that he is unable to afford the Court's filing

18    fee or give security therefore.

19         Accordingly, plaintiff's motion to proceed *in forma pauperis* (Dkt. 5) is GRANTED.

20    Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act.  The portion of

21    the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff.

22    Plaintiff does not appear to have funds available to afford the $402.00 filing fee.  Plaintiff shall

23

24

note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

Dated this 17th day of May, 2021.

J. Richard Creatura
Chief United States Magistrate Judge